SUPPRESSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 04-30139-WDS |
| ) | |
| vs. ) | Title 21 |
| ) | United States Code |
| (1) DOUGLAS E. FARMER, a.k.a. "Dred," ) | Sections 841(a)(1), (b)(1)(A), (b)(1)(B), |
| JAMES T. ELLIS, a.k.a. "J.T.," ) | (b)(1)(C) and 846 |
| (2) VINCENT JACKSON, a.k.a. "Ant," ) | |
| JEREL L. BROWN, a.k.a. "J.B.," ) | Title 18 |
| (3) JAMES E. JONES, a.k.a. "Jamie," ) | United States Code |
| (4) CARLOS L. FISHER, Jr., ) | Sections 2 and 922(g) |
| MANFRED A. MCGEE, ) | |
| CHARLES R. HOWLIET, a.k.a. "Ricky," and ) | |
| "Little Ricky," ) | |
| GERALD HOWLIET, ) | |
| ELVIN PAWNELL, a.k.a. "Nook," ) | |
| TONY J. MONTGOMERY, ) | |
| (5) CYRUS FULP, a.k.a. "Reese," ) | |
| (6) LESLEY ROBERTSON, a.k.a. "Pooh," and ) | |
| (7) JOSIAH COMPTON, a.k.a. "Joe," ) | |
| ) | |
| Defendants. ) | |

FILED
NOV 18 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

From approximately 1994, continuing thereafter to approximately May 2004, in St. Clair and Madison Counties, within the Southern District of Illinois, Missouri, Texas, California, and elsewhere,

**DOUGLAS E. FARMER, a.k.a. "Dred,"
JAMES T. ELLIS, a.k.a. "J.T.,"
VINCENT JACKSON, a.k.a. "Ant,"
JEREL L. BROWN, a.k.a. "J.B.,"
JAMES E. JONES, a.k.a. "Jamie,"**

**CARLOS L. FISHER, JR.,**
**MANFRED A. MCGEE,**
**CHARLES R. HOWLIET, a.k.a. "Ricky" and "Little Ricky,"**
**GERALD HOWLIET,**
**ELVIN PAWNELL, a.k.a. "Nook,"**
**TONY J. MONTGOMERY,**
**CYRUS FULP, a.k.a. "Reese,"**
**LESLEY ROBERTSON, a.k.a. "Pooh," and**
**JOSIAH COMPTON, a.k.a. "Joe,"**

defendants herein, did knowingly and intentionally combine, conspire, and agree with each other and others both known and unknown, to distribute and possess with the intent to distribute five (5) kilograms or more of a mixture or substance containing cocaine, in the form of cocaine hydrochloride, and in the form of cocaine base, commonly known as "crack" cocaine, Schedule II Controlled Substances, and 100 kilograms or more of a mixture or substance containing marihuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2; all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about July 8, 2003, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHARLES R. HOWLIET, a.k.a. "Ricky" and "Little Ricky,"**

defendant herein, did knowingly and intentionally distribute approximately 26.9 grams of a mixture or substance containing cocaine, in the form of cocaine base, commonly known as "crack" cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

## COUNT 3

On or about July 16, 2003, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHARLES HOWLIET, a.k.a. "Ricky" and "Little Ricky,"**

defendant herein, did knowingly and intentionally distribute approximately 27.7 grams of a mixture or substance containing cocaine, in the form of cocaine base, commonly known as "crack" cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

## COUNT 4

On or about July 24, 2003, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHARLES HOWLIET, a.k.a. "Ricky" and "Little Ricky,"**

defendant herein, did knowingly and intentionally distribute approximately 113.7 grams of a mixture or substance containing cocaine, in the form of cocaine base, commonly known as "crack" cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

## COUNT 5

On or about July 23, 2003, in St. Clair County, Illinois, within the Southern District of Illinois,

**ELVIN PAWNELL, a.k.a. "Nook,"**

defendant herein, did knowingly and intentionally distribute approximately 43.7 grams of a mixture or substance containing cocaine, in the form of cocaine base, commonly known as

"crack" cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

## COUNT 6

On or about July 25, 2003, in St. Clair County, Illinois, within the Southern District of Illinois,

**GERALD HOWLIET,**

defendant herein, did knowingly and intentionally possess with intent to distribute approximately 158.3 grams of a mixture or substance containing cocaine base, commonly known as "crack" cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

## COUNT 7

On or about July 25, 2003, in St. Clair County, Illinois, within the Southern District of Illinois,

**GERALD HOWLIET,**

defendant herein, did knowingly and intentionally possess with intent to distribute approximately 6.1 grams of a mixture or substance containing heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 8

On or about July 25, 2003, in St. Clair County, Illinois, within the Southern District of Illinois,

**GERALD HOWLIET,**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Unlawful Possession of a Controlled Substance, on December 11, 1995, in the Circuit Court of St. Clair County, Illinois, Case No. 94-CF-868, did knowingly possess, in and affecting commerce, one or more of the following firearms, to wit: a Glock 9 mm pistol, Model 19, serial number APV912US; a Davis Industries .38 caliber Derringer handgun, Model D38, serial number D027365; a Lorcin Engineering .25 caliber pistol, Model L25, serial number 325098; an Israel Military Industries .50 caliber pistol, a Model Desert Eagle .50 AE handgun, serial number 99201051; all in violation of Title 18, United States Code, Section 922(g).

## COUNT 9

On November 4, 2003, in St. Clair County, within the Southern District of Illinois,

**JEREL L. BROWN, a.k.a. "J.B.,"**

defendant herein, did knowingly and intentionally possess with intent to distribute approximately 3169.1 grams of a mixture or substance containing cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

## COUNT 10

On February 24, 2004, in Madison County, Illinois, within the Southern District of Illinois,

**TONY J. MONTGOMERY,**

defendant herein, did knowingly and intentionally possess with intent to distribute approximately one (1) kilogram of a mixture or substance containing cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

## COUNT 11

On April 2, 2004, in St. Clair County, Illinois, within the Southern District of Illinois,

**CYRUS FULP, a.k.a. "Reese,"**

defendant herein, did knowingly and intentionally possess with intent to distribute approximately nine (9) ounces of a mixture or substance containing cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 12

On April 7, 2004, in Madison County, Illinois, within the Southern District of Illinois,

**JOSIAH COMPTON, a.k.a. "Joe,"**

defendant herein, did knowingly and intentionally possess with intent to distribute approximately 307.5 grams of a mixture or substance containing cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1)and (b)(1)(C).

## COUNT 13

On April 7, 2004, in Madison County, Illinois, within the Southern District of Illinois,

**JOSIAH COMPTON, a.k.a. "Joe,"**

defendant herein, did knowingly and intentionally possess with intent to distribute approximately 10.8 grams of a mixture or substance containing cocaine, in the form of cocaine base, commonly known as "crack" cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1)and (b)(1)(B).

## COUNT 14

On April 8, 2004, in Madison County, Illinois, within the Southern District of Illinois,

**JOSIAH COMPTON, a.k.a. "Joe,"**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Distribution of Cocaine, on April 7, 1995, in the United States District Court for the Southern District of Illinois, Case No. 94-CF-30065-WDS, did knowingly possess, in and affecting commerce, the following firearm, to wit: a Colt .45 caliber pistol, Model MK IV Series 80, Serial #SF13457; all in violation of Title 18, United States Code, Section 922(g).

**A TRUE BILL:**

_Marlene True_
FOREPERSON

_Kit Morrissey_
KIT R. MORRISSEY
Assistant United States Attorney

_Randy M Massey_
RONALD J. TENPAS
United States Attorney

Recommended Bond: Detention on all defendants