IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-30139-WDS |
| | ) | |
| DOUGLAS FARMER., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

**STIEHL, District Judge:**

  This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANS-FERS** this case to the Clerk of the Court for reassignment.  The final pre-trial conference scheduled for January 24, 2007, is **CONTINUED GENERALLY** to be rescheduled by the newly assigned judicial officer.

  **IT IS SO ORDERED.**

  **DATED: January 18, 2007.**


                s/ WILLIAM D. STIEHL
                  DISTRICT JUDGE


Case reassigned to United States District Judge G. Patrick Murphy.  All future pleadings shall bear Criminal No. 04-30139-GPM.