IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
ILLINOIS DIVISION

UNITE STATES OF AMERICA

    PLAINTIFF,

V.

GERALD HOWLIET

    DEFENDANT,

CASE No: 04-30139-SMY

FILED
DEC 28 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

MOTION PURSUANT TO 18 U.S.C SECTION 3582(C)(1)(B) FOR SENTENCE REDUCTION IN LIGHT OF THE FIRST STEP ACT/RECTROACTIVE APPLICATION OF THE 18 TO 1 RATIO

Now Comes GERALD HOWLIET PROCEEDING PRO·SE IN THE ABOVE CAPTIONED-MATTER. THE DEFENDANT INVOKES THE LEGAL DOCTRINE AS PROSCRIBED UNDER <u>HAINES V. KERNER</u>, 404 U.S. 519, 520-21 (1972), IN THE LIGHT OF THE FIRST STEP ACT AND RECTROACTIVE OF THE 18 TO 1 RATIO, THE DEFENDANT MOVES FOR A SENTENCE REDUCTION. IN THE LIGHT OF THE FIRST STEP ACT, PASSED BY CONGRESS <u>S.756</u> AND <u>H.R.5682</u>, THE COURT HAS THE AUTHORITY, DISCRETION AND JURISDICTION PURSUANT TO 18 U.S.C SECTION 3582(C)(1)(B) TO ENTER AN ORDER REDUCING

THE DEFENDANT'S SENTENCE. OR, IN THE ALTERNATIVE, THE DEFENDANT IMPLORES THE COURT TO APPOINT COUNSEL TO REPRESENT THE DEFENDANT IN THE INSTANT PROCEEDINGS. 18 U.S.C. SECTION 3582(C)(1)(B) FIRST STEP ACT. RETROACTIVE OF THE 18 TO 1 RATIO.

## CERTIFICATE OF SERVICES

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FORE-GOING 3582(C)(1)(B) MOTION HAS BEEN PLACED IN U.S. FIRST CLASS MAIL, THIS DAY OF DECEMBER 26TH 2018, WITH PRE PAID TO THE PARTY BELOW.

U.S. ATTORNEY'S OFFICE
9 EXECUTIVE DRIVE
SUITE 300
FAIRVIEW HEIGHTS, IL. 62208

GERALD HOWLIET
06881-025
FCI-PEKIN
P.O. BOX 5000
PEKIN, IL. 61555

⇔06881-025
Gerald Howlet
Federal Correctional Institution
P.O.Box-5000
Pekin, IL 61555
United States

RECEIVED
DEC 26 2018
FCI PEKIN
MAIL ROOM

⇔06881-025⇔
Office Of The Clerk
750 Missouri AVE
E Saint Louis, IL 62201
United States

"Legal Mail"

The enclosed letter  
special mailing  
to you. T  
   ...s a  
   ...hich this facility  
   ...wish to return the  
...ther ...  ...tion or clarification.  
...er encloses c... ...spondence for  
...ing to another addressee, please return  
...sure to the above address.

M...  
Federal ...  
P. O. Box 7000  
Pekin, IL 61555-7000